PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
David W. Reid, Bar No. 267382
dreid@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRADY LAPLANTE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST PREMIER HOME WARRANTY CORP, a New York corporation, d/b/a FIRSTPREMIERHOMEWARRANTY.COM,<br><br>Defendant. | Case No. 2:26-cv-03545-AS<br>The Honorable Alka Sagar<br><br>**PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR JUDGMENT BY DEFAULT PURSUANT TO FED. R. CIV. P. 55(b)(2)**<br><br>[Memorandum of Points and Authorities, Declarations of Scott J. Ferrell and Plaintiff, and [Proposed] Order filed concurrently herewith]<br><br>Date: November 17, 2026<br>Time: 10:00 a.m.<br><br>Complaint Filed: April 2, 2026 |

**TO THE CLERK OF THE ABOVE-ENTITLE COURT:**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 17, 2026 or as soon thereafter as the motion may be heard before the Honorable Alka Sagar in Courtroom 540, of Edward R. Roybal Federal Building and United States Courthouse, located at 255 East Temple Street, Los Angeles, CA 90012, Plaintiff Brady LaPlante ("Plaintiff") will move and hereby does move this court pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for an entry of a final Judgment of Default against Defendants First Premier Home Warranty Corp. ("Defendant") solely as top Plaintiff's individual claims (and not those applicable to the uncertified, putative class) on the following grounds:

1. Defendant's responsive pleading to the Complaint was due no later than July 2, 2026, under Fed. R. Civ. P. 12(a).

2. To date, Defendant has not filed any response to the Complaint, and has neither sought nor been granted any extension of time to respond to the Complaint.

3. On July 22, 2026, Plaintiff requested the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. ECF No. 11.

4. On July 24, 2026, the Clerk of this Court entered default as to the Plaintiff's Complaint pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. ECF No. 12.

5. Accordingly, Plaintiff is entitled to the relief prayed for in her Complaint (ECF No. 1), including:

- Statutory damages in the amount of $21,000 pursuant to Cal. P. Code § 637.2 and Cal. Bus. Prof. § 17529.5(b)(B)(ii);
- Costs pursuant to Rule 54(d)(1);
- An injunction to prevent the unlawful conduct alleged above; and
- All other relief that would be just and proper as a matter of law or equity, as determined by the Court.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declarations of Scott J. Ferrell and Plaintiff, and all

other papers and pleadings on record with this Court, and upon such other arguments and items as may be presented to the Court at the hearing of this matter.

Dated: October 9, 2026

PACIFIC TRIAL ATTORNEYS, APC

By:______________________________

Scott. J. Ferrell

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2026, I caused a true and correct copy of the foregoing document to be served on the following counsel in the manner indicated:

Melojean Greenfield

**VIA U.S. MAIL**

| | |
|---|---|
| FIRST PREMIER HOME WARRANTY CORP.<br>c/o Corporation Service Company<br>15 West South Temple, Suite 600<br>Salt Lake City, UT 84101 | Registered Agent for Defendant<br>FIRST PREMIER HOME WARRANTY CORP. |
| FIRST PREMIER HOME WARRANTY CORP.<br>2918 Avenue R<br>Brooklyn, NY 11229 | Defendant<br>FIRST PREMIER HOME WARRANTY CORP. |